# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 16-1418

———————————————————

United States of America

*Plaintiff - Appellee*

v.

Alicia Ramirez-Medina

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: November 15, 2016
Filed: November 18, 2016
[Unpublished]

——————————

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

——————————

PER CURIAM.

Alicia Ramirez-Medina appeals the sentence that the district court[1] imposed after she pleaded guilty to a drug offense. Her counsel has moved to withdraw and

———————————————————

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), asserting that the court imposed a procedurally flawed and substantively unreasonable sentence.

Ramirez-Medina pleaded guilty after entering into a written plea agreement containing an appeal waiver. We conclude that the appeal waiver is enforceable. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); <u>United States v. Andis</u>, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Furthermore, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion and dismiss this appeal.

_____